IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Patricia London | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No: 3:16CV02704 |
| v. | : | |
| | : | |
| Mercy Health dba Mercy St. Vincent Medical Center | : | Magistrate Judge Knepp |
| | : | |
| | : | |
| Defendant. | | |

**<u>STIPULATION AND JUDGMENT ENTRY OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff and Defendant in this action hereby stipulate to the dismissal of all claims pending against the Defendant in the above-captioned matter WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear her/its own costs.

Based on the above stipulation and for good cause shown, it is ORDERED, ADJUDGED AND DECREED that the within cause be and the same is hereby dismissed with prejudice in its entirety with each party to bear her/its own costs.

Respectfully submitted,

/s/Francis J. Landry
Francis J. Landry (0006072)
Wasserman, Bryan, Landry & Honold, LLP
1090 West South Boundary, Suite 500,
Perrysburg, Ohio 43551
(419) 243-1239
Email: FLandry308@aol.com
Counsel for Plaintiff Patricia London

/s/Thomas J. Wiencek*
Thomas J. Wiencek
Mercy Health
388 South Main Street, Suite 500
Akron, Ohio    44311-4407
(513) 639-0196
Email: tjwiencek@mercy.com
Counsel for Defendant Mercy
 Health dba Mercy St. Vincent
 Medical Center

*consent per email 2/16/2017

IT IS SO ORDERED:

 s/ James R. Knepp, II
U.S. Magistrate Judge